

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00791-CV

**IN RE** Glenn L. **WILLIAMS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed:  December 13, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On December 4, 2017, relator filed a petition for writ of mandamus and a motion for emergency stay.  The court has considered the petition and motion and is of the opinion relator is not entitled to the relief sought.  Accordingly, the petition and motion are denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. CV-13-0000235, styled *Williams v. Williams*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable Stephen B. Ables presiding.